**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-00468-REB-KMT

AMY GARES,

    Plaintiff,

v.

DENNIS SILER, and
NEW WORLD VAN LINES, INC., jointly and severally,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation For Dismissal With Prejudice** [#60][1] filed July 10, 2014. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#60] filed July 10, 2014, is **APPROVED**;

2. That the combined Final Pretrial Conference and Trial Preparation Conference set July 18, 2014, are **VACATED**;

3. That the jury trial set to commence August 4, 2014, is **VACATED**;

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

  4. That any pending motion is **DENIED** as moot; and

  5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

  Dated July 10, 2014, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge